[No. 71646-8-I.   Division One.   June 16, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. RUSLAN YURIEVICH BEZHENAR, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 12-1-00434-4, James W. Lawler, J., entered January 9, 2013. *Reversed* and *remanded* by unpublished opinion per Verellen, A.C.J., concurred in by Appelwick and Schindler, JJ.

[No. 71647-6-I.   Division One.   June 16, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES BRADLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-03458-5, Vicki L. Hogan, J., entered January 18, 2013. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Becker and Leach, JJ.

[No. 71661-1-I.   Division One.   June 16, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEXIS J. SCHLOTTMANN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 11-1-01815-0, Lisa L. Sutton, J., entered October 30, 2012. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Becker and Appelwick, JJ.

[No. 43557-8-II.   Division Two.   June 17, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. TODD DALE PHELPS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 11-1-00790-6, Nelson E. Hunt, J., entered June 8, 2012. *Affirmed* by unpublished opinion per Lee, J., concurred in by Bjorgen, A.C.J., and Maxa, J.